THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACEY PROPST, SR., | : |
| | : CIVIL ACTION NO. 4:23-CV-1311 |
| Plaintiff, | : |
| | : (JUDGE MARIANI) |
| v. | : (Magistrate Judge Arbuckle) |
| | : |
| WILLIAMSPORT, PA, *et al.*, | : |
| | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS** ___8th___ **DAY OF JULY 2024**, upon review of Magistrate Judge William I. Arbuckle's Report and Recommendation ("R&R") (Doc. 32), for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 32) is **ADOPTED** for the reasons set forth therein;

2. This case is **DISMISSED WITH PREJUDICE** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b);

3. Defendant City of Williamsport's Motion to Dismiss (Doc. 23) is **DEEMED MOOT**;

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge